# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KHALED URCUYO-CALDERA | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:07mj14-SRW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KHALED URCUYO-CALDERA_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing possession a fraudulent Alien Registration Receipt card,

in violation of Title ___18___ United States Code, Section(s) ___1546(a)___

| | |
|---|---|
| SUSAN RUSS WALKER<br>Name of Issuing Officer<br><br>*[signature]*<br>Signature of Issuing Officer | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>February 8, 2007   Montgomery, Alabama<br>Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by_____
                                           Name of Judicial Officer

*Stamp: RECEIVED 2007 FEB -8 A 11:2_ UNITED STATES MARSHALS SERVICE MIDDLE AL*

*Stamp: RETURNED AND FILED FEB -9 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>02-08-2007 | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID HENDERSON,<br>SPECIAL AGENT/ICE | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE OF ARREST<br>02-07-2007 | | |

AO 442 (Rev. 5/81) Warrant for Arrest