IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:07cr35-MHT |
| v. ) | [18 U.S.C. § 1546(a)] |
| ) | |
| KHALED URCUYO-CALDERA ) | INDICTMENT |
| ) | |

FILED
FEB 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges:

## COUNT 1

On or about February 7, 2007, in Montgomery, Alabama, in the Middle District of Alabama,

**KHALED URCUYO-CALDERA,**

did knowingly utter, use, attempt to use, possess, obtain, accept and receive an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney