IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr35-MHT |
| ) | |
| KHALED URCUYO-CALDERA ) | |

### ORDER TO PRODUCE PRISONER
### FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for MARCH 7, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoner: KHALED URCUYO-CALDERA before the United States District Court at 5B Courtroom, on the 7th day of March, 2007, at 10:00 a.m.

DONE, this the 23rd day of February, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk