| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:37 - 10:44 | |

√ ARRAIGNMENT   ❏ CHANGE OF PLEA   ❏ CONSENT PLEA
❏ RULE 44(c) HEARING   ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr35-MHT   **DEFENDANT NAME:** Khaled Urcuyo-Caldera
**AUSA:** Clark Morris standing in for Christopher Snyder
**DEFENDANT ATTORNEY:** Robin Konrad standing in for Kevin Bulter

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❏ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**      ❏ dismissed on oral motion of USA
                           ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**
√ CRIMINAL TERM:   April 23, 2007
         **DISCOVERY DISCLOSURE DATE:** 3/7/07
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel