IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07cr35-MHT |
| ) | |
| **KHALED URCUYO-CALDERA** ) | |

### MOTION TO SUPPRESS SEARCH
### (Evidentiary Hearing Requested)

COMES NOW the Defendant, Khaled Urcuyo-Caldera, by and through undersigned counsel, Kevin L. Butler, and moves to suppress any evidence seized as a result of the illegal search and seizure of Mr. Urcuyo-Caldera at the Alabama Greyhound Station located in Mobile, Alabama.

### Facts

Mr. Khaled Urcuyo-Caldera is a 29 year old Hispanic male. On February 7, 2007, he boarded a bus traveling to Montgomery, Alabama, at the Mobile, Alabama Greyhound Bus Station. Without probable cause or individual suspicion, U.S. Customs and Border Protection Agent, K. Douglas and another unknown agent (customs agents), boarded the bus and demanded all passengers provide identification documents. The federal agents did not inform any of the passengers that they were not required to consent to the search. After taking the identification information of all passengers, the bus was allowed to depart. After the bus had departed, the agents determined that Mr. Urcoyo-Caldera was not in the United States legally and his identification documents were false. Mr. Urcuyo-Caldera was arrested when he arrived in Montgomery, Alabama, and was charged with knowingly possessing/using a registration card or document knowing the document to be false in violation of 18 U.S.C. § 1546(a).

Mr. Urcuyo-Caldera moves to suppress all evidence seized as a result of the illegal stop and search of his person conducted by the customs agents at on the Greyhound Bus Station in Mobile, Alabama.

**Argument**

Because an individual can leave or not respond, the Fourth Amendment is not violated when law enforcement officers approach an individual on a bus and ask questions (bus questioning) related to law enforcement initiatives. *United States v. Drayton*, 536 U.S. 194 (1996). However, if the circumstances of a bus questioning indicate that law enforcement officers were involuntarily seizing/demanding property without consent or cause, the Fourth Amendment is implicated. *See e.g. Drayton*, at 206-208; *United States v. Washington*, 151 F.3d 1354 (11th Cir. 1998). In circumstances where the law enforcement demand the production of personal property from passengers on a bus, law enforcement must show: 1) a lawful basis for the restraint based upon probable cause and 2) that the consent to search was given voluntarily. *Id.*

In this case, customs agents bordered a bus and demanded all passengers produce identification. No passenger could leave until in compliance with the request and no passenger could refuse the police demand. This was not mere police questioning, but an involuntary search and seizure of all persons on the bus without probable cause. This form of police conduct is prohibited by the Fourth Amendment and requires suppression of all evidence improperly seized.

**Conclusion**

For the reasons set forth above, the defense moves to suppress any evidence seized as a result of the illegal search and seizure of Mr. Urcuyo-Caldera at the Alabama Greyhound Station located in Mobile, Alabama.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Case No.: 2:07cr35-MHT |
| ) | |
| KHALED URCUYO-CALDERA ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully submitted,

                                              s/ Kevin L. Butler
                                              KEVIN L. BUTLER
                                              First Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail: kevin_butler@fd.org
                                              AZ Bar Code: 014138