### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07cr35-MHT** |
| | ) | |
| **KHALED URCUYO-CALDERA** | ) | |

### MOTION TO WITHDRAW MOTION TO SUPPRESS

**NOW COMES** the Defendant, Khaled Urcuyo-Caldera, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court for an Order allowing the Defendant to withdraw his previously filed Motion to Suppress.  In support of said Motion, the Defendant states the following:

1.    On March 16, 2007, undersigned counsel filed a Motion to Suppress.

2.    On March 19, 2007, the parties entered into a negotiated plea agreement. Pursuant to that plea agreement, the defense withdraws his motion to suppress.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07cr35-MHT** |
| | ) | |
| **KHALED URCUYO-CALDERA** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


               Respectfully submitted,


               s/ Kevin L. Butler
               KEVIN L. BUTLER
               First Assistant Federal Defender
               201 Monroe Street, Suite 407
               Montgomery, Alabama 36104
               Phone: (334) 834-2099
               Fax: (334) 834-0353
               E-mail: kevin_butler@fd.org
               AZ Bar Code: 014138