IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:07cr35-MHT
KHALED URCUYO-CALDERA       )
```

## ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 19) is granted.

(2) The motion to suppress (Doc. No. 17) is withdrawn.

DONE, this the 22nd day of March, 2006.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE