IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CR. NO. 2:07-cr-35-MHT |
| ) | |
| KHALED URCUYO-CALDERA ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Khaled Urcuyo-Caldera, into the custody of David Henderson, ICE, and/or Blake Diamond, ICE, from April 6, 2007, through July 6, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing David Henderson, ICE, and/or Blake Diamond, ICE, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 5th of April, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-35-MHT |
| ) | |
| KHALED URCUYO-CALDERA ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07-cr-35-MHT |
| ) | |
| KHALED URCUYO-CALDERA ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 5, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Khaled Urcuyo-Caldera, to David Henderson, ICE, and/or Blake Diamond, ICE, on April 6, 2007, through July 6, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of April, 2007.

_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE