IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-35-MHT |
| | ) | |
| KHALED URCUYO-CALDERA | ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 5, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Khaled Urcuyo-Caldera, to David Henderson, ICE, and/or Blake Diamond, ICE, on April 6, 2007, through July 6, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the 5th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE