IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-00035-MHT-TFM |
| | ) | |
| **KHALED URCUYO-CALDERA** | ) | |

**United States's Motion for Downward Departure for Substantial Assistance**

The United States moves this Court to reduce Khaled Urcuyo-Caldera's sentence to a sentence of time served in federal custody for the substantial assistance he rendered in this case.  As grounds for this Motion, the United States notes:

1. When Urcuyo-Caldera was arrested, he immediately offered the name and address of the person who had produced his false documents–something rare in immigration document fraud cases.  After his Indictment was on returned on February 22, 2007, Urcuyo-Caldera pleaded guilty quickly, entering his Notice of Intent to Change Plea less than four weeks later.

2. Urcuyo-Caldera then met with law enforcement and the U.S. Attorney's Office and has provided further, material information on the manufacturing and production of false identity documents.  Based upon his information, law enforcement is currently investigating several additional individuals.

3. Therefore, United States asks this Court to depart and sentence Urcuyo-Caldera to a specific sentence of time served under Guideline § 5K1.1 based upon his substantial assistance.

Respectfully submitted this the 29th day of May, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kevin Butler.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney